IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (PHENTERMINE/        )
FENFLURAMINE/DEXFENFLURAMINE)          )        MDL NO. 1203
PRODUCTS LIABILITY LITIGATION          )
_____        )
                                       )
THIS DOCUMENT RELATES TO:              )
                                       )
ESSIE STAMPS                           )
                                       )        CIVIL ACTION NO. 11-20003
            v.                         )
                                       )
AMERICAN HOME PRODUCTS                 )
CORPORATION, et al.                    )        2:16 MD 1203
_____        )

PRETRIAL ORDER NO. 8862

        AND NOW, this 10th day of April, 2012, for the reasons

set forth in the accompanying Memorandum, it is hereby ORDERED

that the motion of plaintiff to remand this action to the Circuit

Court of Oklahoma County, Oklahoma (Doc. #2) is DENIED.

                        BY THE COURT:

                        _____ J.